[No. 4430–II.   Division Two.   May 22, 1981.]

THE STATE OF WASHINGTON, *Respondent*, v. ARTHUR INGALLS, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. CR–243, John H. Kirkwood, J., entered November 16, 1979. *Affirmed* by unpublished opinion per Pearson, J., concurred in by Reed, C.J., and Petrie, J.

[No. 8868–8–I.   Division One.   May 26, 1981.]

THE STATE OF WASHINGTON, *Appellant*, v. STEVEN L. RICHARDS, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 79–8–02579–0, George H. Revelle, J., entered April 28, 1980. *Reversed* and *remanded* by unpublished opinion per Williams, J., concurred in by James, C.J., and Swanson, J.

[Nos. 8055–5–I; 8159–4–I.   Division One.   May 26, 1981.]

THE STATE OF WASHINGTON, *Respondent*, v. GLORIA ANN MANN, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 89010, Liem E. Tuai, J., entered September 27, 1979. *Reversed* and *remanded with instructions* by unpublished per curiam opinion.

[No. 8145–4–I.   Division One.   May 26, 1981.]

THE TOWN OF HUNTS POINT, *Respondent*, v. NICHIMEN COMPANY, INC., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 813035, Stephen M. Reilly, J., entered October 25, 1979. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Williams, J., Ringold, A.C.J., dissenting.